## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **In re:  Jeffrey S. Johnson.** | | |
| **Karen E. Johnson** | \* | |
| **Debtor,** | \* | **Chapter 13** |
| **Jeffrey S. Johnson.** | \* | |
| **Karen E. Johnson** | \* | **Case No.: 11-51102** |
| | \* | |
| **Movant,** | \* | |
| | \* | |
| **Bank of America N.A.** | \* | |
| **Respondent.** | \* | |

### NOTICE OF OBJECTION TO CLAIM

Movant has objected to your claim filed in this bankruptcy case.

<u>Your claim may be reduced, modified or eliminated.</u> You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you have legal grounds to oppose the objection, or if you wish the court to consider your views on the objection, you must file a written request for a hearing with Clerk of the Court before the expiration of thirty (30) days from the date stated in the certificate of service.

If you mail your request for hearing to the court, you must mail it early enough so that it will be received within the time referenced above.

Any request for a hearing must also be mailed to the moving party and all other persons indicated in the certificate of service attached to these pleadings.

If a timely request for hearing is filed, you will receive a notice of the date, time and place of hearing.

If you or your attorney do not take these steps, the court will decide that you do not oppose the objection to your claim and will enter an order reducing, modifying or eliminating your claim.

Claimant has been served with a copy of the objection and a copy of this notice, and if claimant is a U.S. government agency, the U.S. Attorney, P.O. Box 8970 Savannah, GA 31412 (or P.O. Box 2017 Augusta, GA 30903) and the Attorney General in Washington, D.C. 20530 have also been served.

Date September 12, 2012                          /s/ Franklin D. Hayes
                                                    Franklin D. Hayes
                                                    P.O. Box 2377
                                                    Douglas, GA  31534
                                                    GA Bar No.: 339910

Lucinda B. Rauback, Acting Clerk
United States Bankruptcy Court
Southern District of Georgia
(Form.clm 12/00)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: Jeffrey S. Johnson. | | |
| Karen E. Johnson | * | |
| Debtor, | * | Chapter 13 |
| Jeffrey S. Johnson. | * | |
| Karen E. Johnson | * | Case No.: 11-51102 |
| | * | |
| Movant, | * | |
| | * | |
| Bank of America N.A. | * | |
| Respondent. | * | |
| | * | |

## OBJECTION TO PROOF OF CLAIM

**Comes Now** Debtors/Movants, and files this Objection to Proof of Claim and in support of such Motion respectfully shows to the Honorable Court the following:

-1-

Debtor/Movant filed her Chapter 13 voluntary bankruptcy petition on 12/16/11.

-2-

Respondent has filed one (1) arrearage claim on the Chapter 13 Trustee's printout Claim #7 in the amount of $18029.69. Respondent claim should not be allowed as Debtors/Movants state that theye do not owe arrearage to the Respondent.

WHEREFORE Debtors/Movants respectfully requests the Honorable Court enter an order providing the following:

    (a)    the arrearage claim of Respondent should be dis- allowed;

    (b)    such further and other relief as the Court considers necessary and appropriate.

3

    This 12      day of    September     , 2012.

                                      Respectfully submitted,
                                        /s/ Franklin D. Hayes
                                    Franklin D. Hayes
                                    Attorney for Debtor/Movant

P.O. Box 2377
Douglas, GA  31534
(912) 383-6132
GA Bar No.: 339910

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

In re: Jeffrey S. Johnson.
Karen E. Johnson                         *
    Debtor,                           *     **Chapter 13**
Jeffrey S. Johnson.                      *
Karen E. Johnson                         *     Case No.: 11-51102
                                         *
    Movant,                           *
                                         *
Bank of America N.A.                     *
    Respondent.                       *
                                         *

## ORDER ON OBJECTION TO PROOF OF CLAIM

Upon consideration of Objection to Proof of Claim filed by the Debtor/Movant, after proper notice and no response having been filed, the Court finds the Objection should be granted.

IT IS ORDERED, ADJUDGED AND DECREED that:

(a)   the arrearage claim of Respondent in the amount of $18029.69 be dis-allowed.

So ordered this _____ day of _____, 2012

_____
Judge, United States Bankruptcy Court

Prepared by:

/s/ Franklin D. Hayes
Franklin D. Hayes
Attorney for Debtor/Movant
P.O. Box 2377
Douglas, GA  31533
GA State Bar No.  339910

5

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: Jeffrey S. Johnson. | | |
| Karen E. Johnson | * | |
| Debtor, | * | Chapter 13 |
| Jeffrey S. Johnson. | * | |
| Karen E. Johnson | * | Case No.: 11-51102 |
| | * | |
| Movant, | * | |
| | * | |
| Bank of America N.A. | * | |
| Respondent. | * | |
| | * | |

## CERTIFICATE OF SERVICE

I, Franklin D. Hayes, attorney for Debtor, do hereby certify that I have this day served a copy of the foregoing OBJECTION TO PROOF OF CLAIM AND NOTICE OF OBJECTION TO PROOF OF CLAIM upon:

M. ELAINA MASSEY
CHAPTER 13 TRUSTEE
P.O. BOX 1717
BRUNSWICK, GA 31521

Bank of America
7105 Corporate Dr.
Plano TX 75024

Bank of America N.A.
Attention Managing Partner
P.O. Box 660933
Dallas TX 75266

CT Corporation Systems
Registered Agent
1201 Peachtree Strett NE
Atlanta, GA 30361

by mailing a copy of same to them via First Class mail with postage sufficient to cover the cost of the same.

This  12  day of   September  , 2012.

_____
Franklin D. Hayes
Georgia Bar No: 339910

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **In re:  Jeffrey S. Johnson.** | | |
| **Karen E. Johnson** | * | |
| Debtor, | * | **Chapter 13** |
| **Jeffrey S. Johnson.** | * | |
| **Karen E. Johnson** | * | **Case No.: 11-51102** |
| | * | |
| **Movant,** | * | |
| | * | |
| **Bank of America N.A.** | * | |
| **Respondent.** | * | |

### Order on Objection to Proof of Claim

After notice and opportunity for hearing and no response having been filed, **it is hereby ordered** that Claim No.: 7, for the arrearage claim of the Bank of America N,A. is disallowed.

Dated: _____     _____
                                                              Judge, United States Bankruptcy Court
                                                              Southern District of Georgia

Prepared by: /s/Franklin D. Hayes
Franklin D. Hayes
Attorney for Debtor/Movant
P.O. Box 2377
Douglas, GA  31533
GA State Bar No.  339910